# EXHIBIT A

# CSC 4540, LLC – Org Chart



**Quadrum Global** (Operator)

**Simon Baron** (Operator)

**Brent Carrier** (Managing Member)

**CRE Vernon Member LLC** (Member)

**45-50 Vernon, LP** (Class A Member) Managing Member

**JSMB 4540, LLC** (Class A Member)

**JSMB 4540 MM, LLC** (Class C Member)

**(DEBTOR) Vernon 4540 Realty, LLC** (Class B Member)

**CSC 4540, LLC**

**KEY**
Plaintiffs: Green
Debtor: Red